| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on March 3, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Griffin Signs, Inc.

Griffin Signs, Inc.

Plaintiff(s)

v.

New Jersey Turnpike Authority

Defendant(s)

Case No.: 15-29780

Hearing Date:

Adv. No.: 16-1265

Judge: JNP

## REVISED JOINT ORDER SCHEDULING
## PRETRIAL PROCEEDINGS AND TRIAL

At the joint request of the parties, the dates for pretrial proceedings and trial are hereby amended as follows:

**DATED: March 3, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

A pretrial conference having been scheduled pursuant to *Fed.R.Civ.P.* 16(b) and (e), made applicable to these proceedings by *Fed.R.Bankr.P.* 7016, it is

ORDERED that

1. All discovery is to be completed by _____4/28/17_____. Any motions to compel discovery are to be made so that the Court can rule and the discovery can be obtained before that date. Late filed discovery motions will not constitute cause for an adjournment of the scheduled trial date.

2. All other motions must be filed not later than _____5/17/17_____, and returnable not later than _____6/23/17_____. Late filed motions will not constitute cause for an adjournment of the trial date.

3. Each party must pre-mark the exhibits which may be used at trial.

4. 14 days before trial each party must:

   (a) serve a copy of the pre-marked exhibits on each opposing party and provide one bound copy of the exhibits to the Court in Chambers (not to be docketed by the Clerk); and

   (b) file, and serve on each opposing party a list of witnesses.

5. All exhibits will be admitted into evidence and witnesses permitted to testify unless a written objection has been filed 7 days before the trial date. Only parties identified on the witness list will be permitted to give testimony.

6. Any party intending to introduce deposition testimony at trial must serve on each opposing party and file copies of the transcript pages with excerpts highlighted.

7. Within 14 days from the conclusion of the trial, unless such time is extended by the Court, each party must file, and serve on each opposing party, separately numbered proposed findings of fact and conclusions of law with supporting citations.

8. Trial will begin on __Sep. 13, 2017__ at __10:00 am__ or as soon as the matter may be heard, at:

UNITED STATES BANKRUPTCY COURT
Address: __400 Cooper Street__
__Camden, NJ 08101__

Courtroom no: __4C__

PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. UNDER D.N.J. LBR 5071-1, PARTIES REQUESTING AN ADJOURNMENT MUST SUBMIT LOCAL FORM, *ADJOURNMENT REQUEST*, VIA CHAMBERS EMAIL NOT LATER THAN 3 DAYS BEFORE THE TRIAL DATE.

*rev.8/1/15*