UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on June 9, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Griffin Signs, Inc.

Griffin Signs, Inc.

Plaintiff(s)

v.

New Jersey Turnpike Authority

Defendant(s)

Case No.: 15-29780

Hearing Date: _____

Adv. No.: 16-1265

Judge: JNP

REVISED
**JOINT ORDER SCHEDULING
PRETRIAL PROCEEDINGS AND TRIAL**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 9, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

A pretrial conference having been scheduled pursuant to *Fed.R.Civ.P.* 16(b) and (e), made applicable to these proceedings by *Fed.R.Bankr.P.* 7016, it is

ORDERED that

1. All discovery is to be completed by ___June 30, 2017___. Any motions to compel discovery are to be made so that the Court can rule and the discovery can be obtained before that date. Late filed discovery motions will not constitute cause for an adjournment of the scheduled trial date.

2. All other motions must be filed not later than ___July 19, 2017___, and returnable not later than ___August 25, 2017___. Late filed motions will not constitute cause for an adjournment of the trial date.

3. Each party must pre-mark the exhibits which may be used at trial.

4. 14 days before trial each party must:

    (a) serve a copy of the pre-marked exhibits on each opposing party and provide one bound copy of the exhibits to the Court in Chambers (not to be docketed by the Clerk); and

    (b) file, and serve on each opposing party a list of witnesses.

5. All exhibits will be admitted into evidence and witnesses permitted to testify unless a written objection has been filed 7 days before the trial date. Only parties identified on the witness list will be permitted to give testimony.

6. Any party intending to introduce deposition testimony at trial must serve on each opposing party and file copies of the transcript pages with excerpts highlighted.

7. Within 14 days from the conclusion of the trial, unless such time is extended by the Court, each party must file, and serve on each opposing party, separately numbered proposed findings of fact and conclusions of law with supporting citations.

8. Trial will begin on ___Oct. 11, 2017___ at ___10:00 am___ or as soon as the matter may be heard, at:

    UNITED STATES BANKRUPTCY COURT
    Address:        400 Cooper Street
                    Camden, NJ 08101

    Courtroom no:   4C

**PARTIES MUST BE PREPARED TO PROCEED TO TRIAL ON THE SCHEDULED DATE. ADJOURNMENTS WILL BE GRANTED ONLY FOR COMPELLING REASONS BEYOND THE CONTROL OF THE PARTIES. UNDER D.N.J. LBR 5071-1, PARTIES REQUESTING AN ADJOURNMENT MUST SUBMIT LOCAL FORM,** *ADJOURNMENT REQUEST,* **VIA CHAMBERS EMAIL NOT LATER THAN 3 DAYS BEFORE THE TRIAL DATE.**

*rev.8/1/15*