

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY** | Case No. 15-29789-JNP<br><br>Chapter 7<br><br>Hon. Jerrold N. Poslusny, Jr.<br><br>**Adv. Pro. No. 16-01265** |
| Caption in Compliance with D.N.J. LBR 9004-1 (b)<br><br>James W. Boyan III, Esq.<br>Pashman Stein Walder Hayden, P.C.<br>Court Plaza South<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601<br>(201) 488-8200<br>jboyan@pashmanstein.com<br>*Attorneys for Defendant*<br>New Jersey Turnpike Authority | |
| In re:<br><br>GRIFFIN SIGN, INC.<br><br>    Debtor | |
| GRIFFIN SIGN, INC.,<br>464 N. Randolph Avenue<br>Cinnaminson, NJ 08077,<br><br>    Plaintiff,<br>v.<br><br>NEW JERSEY TURNPIKE AUTHORITY<br>581 Main Street<br>Woodbridge, NJ 07095,<br><br>    Defendant. | |

**Order Filed on August 15, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey**

**ORDER GRANTING MOTION
FOR THE ENTRY OF AN ORDER
COMPELLING DISCOVERY**

The relief set forth on the following page is ORDERED.

**DATED: August 15, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

A motion or application having been filed on June 20, 2017 by Pashman Stein Walder Hayden, P.C., attorneys for Defendant New Jersey Turnpike Authority, for the entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion is GRANTED; and it is further

ORDERED that Plaintiff shall respond to Defendant's Revised Set of Interrogatories within ten (10) days of the date of this Order; and it is further

ORDERED that Plaintiff shall provide potential dates for the depositions of its corporate representative, Michelle Angerame and Robert Perry within thirty (30) days of the date of this Order; and it is further

ORDERED that the deadline for completing discovery and all of the corresponding deadlines set forth in the Revised Joint Scheduling Order Dated June 9, 2017 shall be extended by (120) days.